# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. MATTOS, | 1:07-cv-01020-OWW-WMW (HC) |
| Petitioner, | |
| v. | **ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS** |
| D. SMITH, et al., | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   July 24, 2007**            /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE